1  Andrew K. Alper (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard
3  Nineteenth Floor
   Los Angeles, California 90017-2427
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for Plaintiff, ASCENTIUM
6  CAPITAL, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ASCENTIUM CAPITAL, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION; ROBERT J. HOUCHIN, DDS aka ROBERT JAMES HOUCHIN, DDS aka ROBERT J. HOUCHIN; KENALI, INC., a California corporation; DENTALON, INC., a Nevada corporation; ANDREW MARK individually and dba IMS FINANCIAL; ALI KALBASSI; SANDRA BELL,<br><br>  Defendants. | CASE No. 2:16-cv-7158 SVW (JCx)<br><br>**JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ASCENTIUM CAPITAL, LLC AND AGAINST DEFENDANTS AND CROSS-CLAIMANTS, ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION, ROBERT J. HOUCHIN, DDS AKA ROBERT JAMES HOUCHIN DDS AKA ROBERT J. HOUCHIN AKA ROBERT JAMES HOUCHIN AND FOR DISMISSAL OF ALL OTHER CLAIMS IN COMPLAINT AND CROSS-COMPLAINT** |

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Plaintiff, Ascentium Capital, LLC, a Delaware limited liability company ("Plaintiff"), on the one hand, and Defendants and Cross-Claimants, Robert James Houchin, DDS, a professional dental corporation ("Houchin Corp."), Robert J. Houchin, DDS aka Robert James Houchin DDS aka Robert J. Houchin aka Robert James Houchin ("Houchin", and together with Houchin Corp., collectively, "Defendants"), on the other hand, having signed a written Stipulation for Entry of Judgment (the "Stipulation") and the Stipulation having been filed herein, the Court orders the following judgment pursuant to the Stipulation:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded Judgment against Defendants, and each of them, in the sum of $226,209.60 plus interest at the legal rate after entry of judgment on the First and Second Claims in the Complaint.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all other Claims are dismissed without prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants' cross-claims against Kenali, Inc., Ali Kalbassi, Dentalon, Inc. are hereby dismissed with prejudice from this action, unless Defendants' cross-claims against Kenali, Inc., Ali Kalbassi and Dentalon, Inc. have already been dismissed with prejudice from this action.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all of the terms and conditions set forth in the Stipulation are incorporated herein by this reference.

THE CLERK IS ORDERED TO ENTER JUDGMENT FORTHWITH.

Dated: July 11, 2017

Hon. Stephen V. Wilson
United States District Judge

# PROOF OF SERVICE

**ASCENTIUM CAPITAL, LLC v. ROBERT JAMES HOUCHIN, DDS, etc., et al.**
**2:16-cv-7158-SVW (JCx)**

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of Los Angeles, State of California. I am employed in the office of Frandzel Robins Bloom & Csato, L.C., members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

On July 10, 2017, I served true copy(ies) of the **JUDGMENT PURSUANT TO STIPULATIONS FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ASCENTIUM APITAL, LLC AND AGAINST DEFENDANTS AND CROSS-CLAIMANTS, ROBERT JAMES HOUCHIN, DDS, A PROFESSIONAL DENTAL CORPORATION, ROBERT J. HOUCHIN, DDS AKA ROBERT JAMES HOUCHIN DDS AKA ROBERT J. HOUCHIN AKA ROBERT JAMES HOUCHIN AND FOR DISMISSAL OF ALL OTHER CLAIMS IN COMPLAINT AND CROSS-COMPLAINT** the original(s) of which is(are) affixed hereto. to the party(ies) on the attached service list.

**SEE ATTACHED SERVICE LIST**

[x] **BY MAIL:** I placed the envelope for collection and mailing at Los Angeles, California, California. The envelope was mailed with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

[ ] **BY PERSONAL SERVICE:** I personally delivered such document(s) to the person(s) served hereunder.

I declare under penalty of perjury under the laws of the State of and the United States of America that the foregoing is true and correct.

Executed on July 10, 2017, at Los Angeles, California.

_____
Lourdes Hernandez

2408355.1 | 100287-0039

1

**SERVICE LIST**

Michael I. Kim
CKB VIENNA LLP
10390 Commerce Center Dr., Suite C-110
Rancho Cucamonga, CA 91730

Steven R. Lovett
LAW OFFICE OF STEVEN R. LOVETT
21860 Burbank Boulevard, Suite 130
Woodland Hills, CA 91367-6492